**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X

**Alan Walkin**, et al

        Plaintiff,

    -against-

**City of New York**, et al
       Defendant.
-----------------------------------------------------------X

**CASE MANAGEMENT PLAN**
**14-CV-01424 (KAM)(RER)**

Upon consent of the parties, it is hereby ORDERED as follows:

1. Defendants shall answer or otherwise move with respect to the complaint by __n/a__.

2. No additional parties may be joined after __7/24/14__.

3. No amendment of the pleadings will be permitted after __7/24/14__.

4. Date for completion of automatic disclosures required by Rule 26(a)(1) of the Federal Rules of Civil Procedure, if not yet made: __already made__

5. The parties shall make required Rule 26(a)(2) disclosures with respect to:

    (a)    expert witnesses on or before __n/a__.

    (b)    rebuttal expert witnesses on or before __n/a__.

6. All discovery, including depositions of experts, shall be completed on or before __12/9/14__ (Generally, this date must be no later than 6 months after the initial conference).

7. Pre-motion letters regarding proposed dispositive motions must be submitted within two (2) weeks following the close of all discovery.

8. Do the parties consent to trial before a magistrate judge pursuant to 28 U.S.C.§636(c)? **(Answer no if any party declines to consent without indicating which party has declined.)** Yes____ No _X_____

If parties answer yes, then fill out the **AO 85 (Rev. 01/09) Notice, Consent, and Reference of a Civil Action to a Magistrate Judge** form. The form can be accessed at the following link: http://www.uscourts.gov/uscourts/FormsAndFees/Forms/AO085.pdf.

9. A Telephone Conference set for 9/8/14 @ 11:00, to be initiated by Plaintiff or Defendant (Circle one).
   *(The Court will schedule the conference listed above.)

10. Status Conference will be held on 10/9/14 @ 10:00.a
    * (The Court will schedule the conference listed above)

11. A Final Pre-trial conference will be held on 12/10/14 @ 10:00a
    *(The Court will schedule the conference listed above.)

This scheduling order may be altered or amended upon a showing of good cause not foreseeable at the date hereof.

**Dated: Brooklyn, New York**
6/9/14

RAMON E. REYES, JR.
UNITED STATES MAGISTRATE JUDGE

CONSENTED TO:

NAME Gabriel P. Harvis
Attorney for Plaintiff
ADDRESS 305 Broadway, 14th Floor, 10007
E-mail: gharvis@hwandf.com
Tel.: (212)323-6880
Fax: (212)323-6882

NAME David Pollack
Attorney for Defendant
ADDRESS 100 Church Street, 10007
E-mail: dpollack@law.nyc.gov
Tel.: (212) 356-3531
Fax: (212) 788-9776