

| ZACHARY W. CARTER<br>*Corporation Counsel* | THE CITY OF NEW YORK<br>**LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NEW YORK 10007 | DAVID M. POLLACK<br>Assistant Corporation Counsel<br>E-mail: dpollack@law.nyc.gov<br>Phone: (212) 788-1894<br>Fax: (212) 788-9776 |
|---|---|---|

August 14, 2014

**BY ECF**

Honorable Ramon E. Reyes, Jr.
United States Magistrate Judge
Eastern District of New York
United States Courthouse
225 Cadman Plaza East
Brooklyn, New York 11021

    Re: <u>Alan Walkin, et al., v. City of New York</u>, 14-CV-1424 (KAM)(RER)

Dear Judge Reyes:

    I am the Assistant Corporation Counsel in the Office of Zachary W. Carter, Corporation Counsel of the City of New York, representing the all Defendants including the City of New York (the "City"). I profusely apologize to this Court and plaintiff's counsel for missing today's telephone conference previously re-scheduled for 11:15 a.m. I have the utmost respect for this Court and it was not my intention to miss the conference with this Court. I was simply conducting a deposition on another floor of my office and broke late at 11:17 AM to participate and when I called Chambers I was informed you were already on with my supervisor Elizabeth Dollin. I had spoken with plaintiff's counsel extensively yesterday and had no intention of missing this conference. I should have provided counsel my cell phone number as I knew I had a deposition during that time period.

    Once again, please accept my apology as it was not my intention to disrespect this Court and I will make every effort to ensure this does not happen again. Thank you for your consideration herein.

Respectfully submitted,

David M. Pollack
Assistant Corporation Counsel
Special Federal Litigation Division

cc:    Gabriel Harvis, Esq. (By ECF)